IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVAN MOORE,

    Plaintiff,

v.                                                           No. 13-cv-0756 JAP/SMV

SHANE TURPEN and JOE MARTINEZ,

    Defendants.

## ORDER LIFTING STAY AND
## SETTING A TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on the Memorandum Opinion and Order [Doc. 36], issued on May 1, 2014, by the Honorable James A. Parker, Senior United States District Judge. In his order, Judge Parker has granted in part and denied in part Defendants' motion for summary judgment based on qualified immunity. [Doc. 36]. Accordingly, the stay of proceedings, issued on February 19, 2014, [Doc. 28], is LIFTED.

Additionally, a telephonic status conference will be held on **May 7, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    IT IS SO ORDERED.

                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.