## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**EVAN MOORE,**

    Plaintiff,

v.                                                          No. 13-cv-0756 JAP/SMV

**SHANE TURPEN and JOE MARTINEZ,**

    Defendants.

### ORDER SETTING SECOND TELEPHONIC RULE 16 SCHEDULING CONFERENCE

A Rule 16 initial scheduling conference will be held by telephone on **June 9, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **505-348-2357** to be connected to the proceedings. Counsel shall be prepared to discuss the following: discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert* hearing is needed, *see Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590–92 (1993), initial disclosures, and the timing of expert disclosures and reports under Fed R. Civ. P. 26(a)(2). We will also discuss settlement prospects and when to hold a settlement conference. Counsel are reminded to have their calendars available for the hearing. Client attendance is not required.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**