IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVAN MOORE,

    Plaintiff,

v.                                                                      No. 13-cv-0756 JAP/SMV

SHANE TURPEN and JOE MARTINEZ,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

    Defense counsel has notified chambers staff that the parties have reached a settlement in this matter.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **September 19, 2014**, absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                                         _____
                                                                        **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**