IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EVAN MOORE,**

    Plaintiff,

vs.

                        No. 13-cv-0756 JAP/SMV

**ALBUQUERQUE FIRE MARSHAL
LIEUTENANT SHANE TURPEN
AND SAFE CITY STRIKE FORCE
OFFICER JOE MARTINEZ,**

    Defendants.

### ORDER GRANTING STIPULATD MOTION TO JOIN A PARTY DEFENDANT

**THIS MATTER** having come before the Court on the parties' Stipulated Motion to Join a Party Defendant [Doc. 57] and the Court being fully advised of the premises, finds that the parties Stipulated Motion to Join a Party Defendant is well-taken and should be granted.

**IT IS THEREFORE ORDERED:** that Plaintiff is granted leave the substitute the City of Albuquerque as a party Defendant, and upon substitution of Defendant City of Albuquerque, Plaintiff's claims against Defendant Shane Turpen and Joe Martinez will be voluntarily dismissed.

_____
THE HONORABLE STEPHAN M. VIDMAR

**APPROVED:**

**CITY OF ALBUQUERQUE**

/s/ *Kristin J. Dalton*
Kristin J. Dalton
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500
Facsimile:  (505) 768-4440

*Attorney for Defendants*

**KENNEDY, KENNEDY & IVES**

/s/ *Electronically Approved by Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
Theresa V. Hacsi
1000 Second Street NW
Albuquerque, NM 87102
(505) 244-1400
Fax: 244-1406

*Attorneys for Plaintiff*